

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ramon Padilla,

                **Plaintiff,**

        V.

L. Arredondo, Lieutenant Hearing Officer; P. Covello, Former Warden at RJDCF; S.K. Hemenway, Final Appeals Examiner,

                **Defendant.**

**Civil Action No.** 20-cv-0828-WQH-RBM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action without further leave to amend for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

**Date:**      7/2/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Ferris

                T. Ferris, Deputy